UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ORALEE SPIVEY,

      Plaintiff,

v.                                                Case No.   8:19-cv-2874-T-24 TGW

ALLEN CONNER ENTERPRISES,
INC. and GLEN CONNER,

      Defendants.
_____/

**ORDER**

This cause comes before the Court on the parties' Joint Motion for Approval of Settlement.   (Doc. No. 9).   In this motion, the parties ask the Court to review their settlement of Plaintiff's Fair Labor Standards Act claim.   Having reviewed the settlement agreement and upon due consideration of the motion and the record in this case, the Court finds that the settlement agreement in this case is a fair and reasonable resolution of bona fide dispute over Fair Labor Standards Act provisions. Accordingly, it is ORDERED AND ADJUDGED that the motion is **GRANTED**.

**DONE AND ORDERED** at Tampa, Florida, this 9th day of April, 2020.

SUSAN C. BUCKLEW
United States District Judge

Copies to: Counsel of Record